UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 4 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION     MDL No. 2325

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-4)

On February 7, 2012, the Panel transferred 81 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted. |
|---|
| Feb 24, 2012 |
| CLERK'S OFFICE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

TRUE COPY CERTIFIED ON

FEB 2 4 2012

_____ DEPUTY CLERK
U.S. DISTRICT COURT
Southern District of West Virginia
By _____ Deputy

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                   MDL No. 2325

### SCHEDULE CTO-4 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 12-00136 | Barnett et al v. American Medical Systems Incorporated et al |
| AZ | 4 | 11-00823 | Thatcher et al v. American Medical Systems Incorporated |
| AZ | 4 | 12-00076 | Heinemann v. Endo Pharmaceuticals Incorporated et al |
| **ARKANSAS EASTERN** | | | |
| ARE | 3 | 12-00018 | Pillow et al v. American Medical Systems Inc et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 11-10379 | Phyllis Steward v. American Medical Systems Inc et al |
| CAC | 2 | 11-10380 | Susan Nosal v. American Medical Systems Inc et al |
| CAC | 2 | 11-10624 | Martha Bowman v. American Medical Systems Inc et al |
| CAC | 2 | 12-00678 | Alice Valdez et al v. American Medical Systems Inc |
| CAC | 8 | 11-01912 | Farideh Minassian et al v. American Medical Systems Inc |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 5 | 12-00478 | Harrell et al v. American Medical Systems, Inc. |
| **GEORGIA MIDDLE** | | | |
| GAM | 3 | 12-00012 | STEPHENS et al v. American Medical Systems Inc |
| GAM | 7 | 11-00165 | SPARKS et al v. American Medical Systems Inc |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 11-04267 | Murphy et al v. American Medical Systems, Inc. |
| GAN | 1 | 12-00018 | Best v. American Medical Systems, Inc. |
| GAN | 1 | 12-00325 | Hanson et al v. American Medical Systems, Inc. |

| | | | |
|---|---|---|---|
| GAN | 3 | 11-00186 | Schneider et al v. American Medical Systems, Inc. |
| GAN | 3 | 12-00020 | Prine et al v. American Medical Systems, Inc. |

INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 11-01607 | CLARY et al v. AMERICAN MEDICAL SYSTEMS INC. |

MAINE

| | | | |
|---|---|---|---|
| ME | 2 | 11-00463 | LICHTENSTEIN et al v. AMERICAN MEDICAL SYSTEMS INC |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 12-10110 | Jefferson et al v. American Medical Systems, Inc. |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 11-02073 | Williams et al v. American Medical Systems, Inc. |
| MOE | 4 | 12-00232 | Ball et al v. American Medical Systems, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 2 | 12-04009 | Riester et al v. American Medical Systems, Inc |
| MOW | 4 | 12-00116 | Hanchosky v. American Medical Systems, Inc. et al |

NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 1 | 11-01055 | Hendrickson et al v. American Medical Systems Inc. |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 12-00137 | HAYES, et al v. AMERICAN MEDICAL SYSTEMS, INC. |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 12-00020 | Rose et al v. Endo Pharmaceuticals et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 3 | 12-00004 | Fishbaugh v. American Medical Systems Inc |

OKLAHOMA WESTERN

| | | | |
|---|---|---|---|
| OKW | 5 | 11-01402 | Willoughby v. Endo Pharmaceuticals et al |
| OKW | 5 | 11-01484 | Bullard v. American Medical Systems Inc |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 11-07637 | MCHANEY, ET AL. v. ENDO PHARMACEUTICALS, et al |

| | | | |
|---|---|---|---|
| PAE | 2 | 11-07795 | ADAMS et al v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 11-07902 | KILBY v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-00069 | NOWLIN v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-00358 | HEILIG et al v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-00496 | GUNN v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-00497 | JACOBS et al v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-00498 | PEARSON et al v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-00581 | STYRE v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-00582 | HAMERLINCK v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-00647 | HICKS et al v. ENDO PHARMACEUTICALS et al |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 3 | 12-00174 | Kelly et al v. American Medical Systems Inc |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 11-04136 | Adams et al v. American Medical Systems Inc |
| TXS | 4 | 11-04510 | Thibodeaux v. American Medical Systems, Inc. |
| TXS | 4 | 11-04512 | Peska v. American Medical Systems, Inc. |
| TXS | 4 | 12-00012 | VanDorn v. American Medical Systems, Inc. |
| TXS | 4 | 12-00361 | Surovcek et al v. American Medical Systems, Inc. |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 11-01077 | Matthews v. American Medical Systems, Inc. |
| TXW | 5 | 11-01015 | Garcia et al v. American Medical Systems, Inc. |
| TXW | 5 | 12-00125 | Madrigal v. American Medical Systems, Inc. |

UTAH

| | | | |
|---|---|---|---|
| UT | 2 | 12-00093 | Holmes v. American Medical Systems |